ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

ESTEFANIA D. BAIRD
Special Assistant U.S. Attorney
PJKK Federal Bldg., Room 6-100
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:  Estefania.baird@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RONALD L. SIGLER, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | PO NO. PO18-00221 KSC <br> INFORMATION <br> 18 U.S.C.13; <br> H.R.S. §§ 286-132, 286-136 <br> Citation No.: 6925202/H-19 <br> A & P Date: NOV 13 2018 |

INFORMATION

The United States Attorney charges that:

On or about September 2, 2018, Wheeler Army Airfield, Hawaii, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, RONALD L. SIGLER, defendant herein, unlawfully operated a motor

vehicle upon a public street, road, or highway with a canceled, suspended, or revoked driver's license.

All in violation of Hawaii Revised Statutes 286-132 and 286-136, a federal offense pursuant to Title 18 United States Code, Section 13.

DATED:     OCT 23 2018    , Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By /s/ *signature*
ESTEFANIA D. BAIRD
Special Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

U.S. vs. RONALD L. SIGLER
PO No.
Citation No.: 6925202/H-19
INFORMATION"  PO18-00221KSC

2